UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE CLARK, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE,<br>        Defendants. | C.A. No. 05-10578 (MLW) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Thomas G. Shapiro of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Plaintiff Wayne Clark in the above-captioned matter.

Dated: March 29, 2005      Respectfully submitted,

                /s/ Thomas G. Shapiro
                Thomas G. Shapiro BBO No. 454680
                Theodore M. Hess-Mahan BBO No. 557109
                Shapiro Haber & Urmy LLP
                53 State Street
                Boston, MA 02109
                617-439-3939

                **Attorneys for Defendants**