UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE CLARK, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>VIISAGE TECHNOLOGY, INC., BERNARD BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE,<br><br>Defendants. | C.A. No. 05-10578 (MLW) |

## STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

The parties, through their undersigned counsel, hereby stipulate and agree that the time within which the Defendants shall have to answer, move, or otherwise respond to the complaint in the above-captioned action shall be enlarged to the date thirty (30) days following the later of (i) the court's appointment of a "lead plaintiff" within the meaning of the Private Securities Litigation Reform Act of 1995, or (ii) the filing of a consolidated amended complaint by such "lead plaintiff."

STIPULATED AND AGREED:

| SHAPIRO HABER & URMY LLP | CHOATE HALL & STEWART LLP |
|---|---|
| By: _____<br>Thomas G. Shapiro BBO No. 454680<br>Theodore M. Hess-Mahan BBO No. 557109<br>53 State Street<br>Boston, MA 02109<br>617-439-3939 | By: _____<br>Mitchell H. Kaplan BBO No. 258940<br>Exchange Place<br>Boston, MA 02109<br>617-248-5000 |
| **Attorneys for Plaintiff** | **Attorneys for Defendants** |