# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

WAYNE CLARK, Individually and on
Behalf of all Others Similarly Situated,

V.

**SUMMONS IN A CIVIL CASE**

VIISAGE TECHNOLOGY, INC., BERNARD
BAILEY, WILLIAM K. AULET, and
DENIS K. BERUBE,

CASE NUMBER:

# 05   10578 MLW

TO: (Name and address of Defendant)

BERNARD BAILEY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Shapiro
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable
period of time after service.

Service is hereby accepted this ___1___ day of ___Apri___, 2005

Attorney for Defendant Bernard Bailey)         MAR 2 5 2005

SARAH A. THORNTON

CLERK                                           DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____
_____    _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____    _____
_____

☐ Other (specify): _____
_____    _____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date          *Signature of Server*

_____
*Address of Server*

As attorney for Bernard Bailey I hereby accept service of this summons and the accompanying complaint.

*Mitchell H. Kaplan*    4/1/05
Mitchell H. Kaplan

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.