# UNITED STATES DISTRICT COURT

District of _____MASSACHUSETTS_____

WAYNE CLARK, Individually and on
Behalf of all Others Similarly Situated,

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

VIISAGE TECHNOLOGY, INC., BERNARD
BAILEY, WILLIAM K. AULET, and
DENIS K. BERUBE,

**05  10578 MLW**

TO: (Name and address of Defendant)

WILLIAM K. AULET

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Shapiro
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this __1__ day of __April__, 2005

_____
Attorney for Defendant William K. Aulet

SARAH A. THORNTON
CLERK

(By) DEPUTY CLERK

DATE   MAR 25 2005

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                Date              Signature of Server

_____
Address of Server

    As attorney for William K. Aulet I hereby accept service of this summons and the accompanying complaint.

    Mitchell H. Kaplan  *[signed] 4/1/05*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.