# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

WAYNE CLARK, Individually and on
Behalf of all Others Similarly Situated,
V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

VIISAGE TECHNOLOGY, INC., BERNARD
BAILEY, WILLIAM K. AULET, and
DENIS K. BERUBE;

**05 10578 MLW**

SCANNED
DATE: 4-08-05
BY: [signature]

TO: (Name and address of Defendant)

VIISAGE TECHNOLOGY, INC.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas G. Shapiro
Shapiro Haber & Urmy LLP
75 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Service is hereby accepted this __1__ day of __April__, 2005

[signature]
Attorney for Defendant Viisage Technology, Inc.

SARAH A. THORNTON

MAR 2 5 2005

CLERK                                   DATE

[signature]

(By) DEPUTY CLERK