UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH MARTIN, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-10577 MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Mitchell H. Kaplan on behalf of the defendants in this action.

                                                   VIISAGE TECHNOLOGY, INC., ET AL.

                                                   By their attorneys,

                                                 /s/ Mitchell H. Kaplan
                                                 Mitchell H. Kaplan, P.C. (BBO #258940)
                                                 **CHOATE, HALL & STEWART**
                                                 Exchange Place, 53 State Street
                                                 Boston, MA  02109
                                                 Tel.: (617) 248-5000

Dated:  May 18, 2005

3926116v1