UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WAYNE CLARK, Individually and on Behalf of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIISAGE TECHNOLOGY, INC., BERNARD C. BAILEY, WILLIAM K. AULET, and DENIS K. BERUBE, )<br>)<br>Defendants. ) | Civil Action No. 05-10578 MLW |

## NOTICE OF APPEARANCE

Please enter the appearance of Mitchell H. Kaplan on behalf of the defendants in this action.

VIISAGE TECHNOLOGY, INC., ET AL.

By their attorneys,

/s/ Mitchell H. Kaplan
Mitchell H. Kaplan, P.C. (BBO #258940)
**CHOATE, HALL & STEWART**
Exchange Place, 53 State Street
Boston, MA  02109
Tel.: (617) 248-5000

Dated:  May 18, 2005

3926118v1